IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [26] TRESHA MAE SHERRILL | ) | |

**O R D E R**

At the revocation proceeding held on July 18, 2014, the parties announced an agreement that is acceptable to the court. The defendant is scheduled to be admitted to the Samaritan Center on July 28, 2014 for a 28-day program. It is hereby **ORDERED** that a status conference shall be held on July 31, 2014 at 12:30 p.m. The defendant's personal presence at this status hearing is excused.

It is so **ORDERED**.

ENTER this 18th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge