IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [26] TRESHA MAE SHERRILL | ) | |

**O R D E R**

A status hearing was held on July 31, 2014. It is hereby ORDERED that the defendant shall be immediately taken into custody, and a further hearing on the Superseding Petition to revoke supervision (Docket No. 1739) shall be held on August 14, 2014 at 2:00 p.m.

It is so **ORDERED**.

ENTER this 31st day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge