## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [26] TRESHA MAE SHERRILL | ) | |

### O R D E R

It is hereby **ORDERED** that the status conference scheduled for August 14, 2014 is **RESET** for August 13, 2014 at 3:30 p.m.

It is so **ORDERED**.

ENTER this 6th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge