UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:11-00002 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| TRESHA MAE SHERRILL | ) | |

### AGREED ORDER

Upon agreement of the parties, it is hereby ORDERED that:

1) Ms. Sherrill was convicted of the non-violent felony of Conspiracy to Distribute and Possess With Intent To Distribute Oxycodone, Hydrocone, and Alprazolam pursuant to 21 U.S.C. 846. Ms. Sherrill was sentenced to twelve months and one day to be followed by three years of supervised release.

2) Ms. Sherrill has been deemed indigent and counsel has been appointed.

3) Ms. Sherrill is ordered to undergo both an alcohol and drug assessment, and treatment, in the form of a minimum thirty (30) day inpatient or residential treatment.

4) Ms. Sherrill will be released only to the treating agency or to an employee of the Federal Public Defenders office who will transport her directly to the treatment facility.

5) Counsel for Ms. Sherrill shall file a supplemental order specifying the release date once it has been confirmed with the treatment facility.

6) All previous conditions of supervision remain in effect.

IT IS SO ORDERED.

ENTERED this 14th day of August, 2014.

_____
ALETA A. TRAUGER
Judge, United States District Court

APPROVED FOR ENTRY:

*s/ Dumaka Shabazz*
Dumaka Shabazz (BPR #022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
Attorney for Tiffany Norris


s/ *Harold B. McDonough, Jr.*
Harold B. McDonough, Jr.
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the Government