UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | No. 2:11-00002-26 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| | ) | |
| TRESHA MAE SHERRILL | ) | |

## MOTION FOR TEMPORARY RELEASE

Comes now Tresha Sherrill, by and the through counsel, and requests this Honorable Court to grant a temporary furlough so that she can be interviewed for a drug treatment program at the Elam Center. In support of this request, Ms. Sherrill submits the following:

1. Ms. Sherrill is currently in Federal custody on a pending a revocation violation. On August 14, 2014, both parties agreed, and this Court ordered, that Ms. Sherrill undergo inpatient drug treatment. (See Document #1752). At that time, counsel anticipated that Ms. Sherrill would enter Buffalo Valley's 30 day inpatient treatment program. Through no fault of Ms. Sherrill's that has not yet occurred.

2. Ms. Sherrill strongly desires to get treatment for her addiction and has an opportunity to participate in the Lloyd C. Elam Mental Health Center's inpatient program at Meharry, which has a grant for indigent clients. However, the program has a mandatory interview. "Thursdays are reserved for assessment for all persons