IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| [26] TRESHA MAE SHERRILL | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Superseding Petition signed by the court on November 13, 2014 on Friday, December 5, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 13th day of November 2014.

_____
ALETA A. TRAUGER
U.S. District Judge